## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE: | Case No.:  08 B 20043 |
| Michael J. Opalka<br>Anthena Opalka | Chapter:  13 |
| Debtor(s) | Judge A. Benjamin Goldgar |

### NOTICE OF POST PETITION OBLIGATIONS DUE

**TO:** Glenn B. Stearns, Chapter 13 Trustee, 4343 Commerce Court, Suite 120, Lisle, IL 60532

Michael J. Opalka, Anthena Opalka, Debtor(s), 311  Hillandale St., Round Lake, IL 60073

Kenneth Borcia, Attorney for Debtor(s), P.O. Box 447, Libertyville, IL 60048

You are hereby notified that BANK OF AMERICA N.A.  has made post-petition advances of $250.00  in relation to the mortgage it services and these amounts have been added to the note and mortgage obligation pursuant to the terms of the note and mortgage.

You are hereby notified that debtor(s) is(are) due to BANK OF AMERICA N.A. for the contractual mortgage payment due 05/01/2009.  On 06/11/2009 when the Trustee filed the Notice of Payment of Final Mortgage Cure Amount the Debtor owed for the 05/01/2009 through 06/01/2009 post-petition mortgage payments, with the 07/01/2009  coming due with $806.40 in suspense .  The current mortgage payment amount due each month is $1,150.35.  As Debtor has failed to maintain post-petition payments, the current provision of the plan regarding reinstatement do not apply and any outstanding pre-petition amounts also remain due.

Pursuant to the terms of the confirmed plan, if no challenge to these advances is made by motion filed with the court and served on the undersigned and the trustee within thirty days of this notice or by 09/10/2009, BANK OF AMERICA N.A.'s rights to collect these amounts will remain unaffected.

### PROOF OF SERVICE

The undersigned, an attorney, hereby certifies that I have served a copy of this Notice upon the parties listed above, by causing same to be mailed in a properly addressed envelope, postage prepaid, from 7140 Monroe Street, Willowbrook, IL 60527, before the hour of 5:00 PM on August 11, 2009.

  /s/ Jose  Moreno
Attorney for Creditor

Berton J. Maley ARDC#6209399
Gloria C. Tsotsos ARDC# 6274279
Jose G. Moreno ARDC#6229900
Rachael A. Stokas ARDC#6276349
Peter C. Bastianen ARDC#6244346
Joel P. Fonferko ARDC#6276490
Maria A. Georgopoulos ARDC#6281450
**Codilis & Associates, P.C.**
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527
(630) 794-5300
**C&A FILE (14-08-25789)**
NOTE: Pursuant to the Fair Debt Collection Practices Act you are advised that this law firm is deemed to be a debt collector attempting to collect a debt and any information obtained will be used for that purpose.